# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TJUAN DAVIS, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| vs. | )  CASE NO. 10-CV-664-CVE-FHM |
| | ) |
| DAVID ALLCORN and | ) |
| JAMES HALLET, | ) |
| | ) |
|    DEFENDANTS. | ) |

## OPINION AND ORDER

Defendants have filed a Joint Motion for Sanctions [Dkt. 32], a Joint Motion to Find Plaintiff in Contempt of Court [Dkt. 33] and a Joint Motion to Compel the Completion of Plaintiff Tjuan Davis' Deposition [Dkt. 34]. Plaintiff has filed responses [Dkts. 41, 42]. This opinion and order will address only Defendants' Joint Motion to Compel the Completion of Plaintiff's Deposition [Dkt. 34][1] wherein Defendants request an order compelling Plaintiff to present himself to continue his deposition and to cooperate fully in answering the requested questions. Plaintiff does not object to the motion. [Dkt. 42].

Defendants' Joint Motion to Compel the Completion of Plaintiff Tjuan Davis' Deposition [Dkt. 34] is GRANTED. Plaintiff shall present himself for a continuation of his deposition at a time convenient for Defendants. At the deposition, Plaintiff shall fully comply with his obligations under the Federal Rules of Civil Procedure. Plaintiff is hereby advised that failure to comply with this order may result in sanctions, including the dismissal of this case.

---

[1] Defendants' Joint Motion for Sanctions [Dkt. 32] and Joint Motion to Find Plaintiff in Contempt of Court [Dkt. 33] will remain under advisement.

SO ORDERED this 5th day of October, 2011.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE