UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TJUAN DAVIS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | )   CASE NO. 10-CV-664-CVE-FHM |
| | ) |
| DAVID ALLCORN and | ) |
| JAMES HALLET, | ) |
| | ) |
| DEFENDANTS. | ) |

## OPINION AND ORDER

Based upon Planitiff's apparent compliance with the Courts Opinion and Order [Dkt. 44] to complete his deposition, the Defendants' Joint Motion for Sanctions [Dkt. 32] and Defendants' Joint Motion to Find Plaintiff in Contempt of Court [Dkt. 33] are DENIED without prejudice.

SO ORDERED this 12th day of December, 2011.

*Frank H. McCarthy*
FRANK H. MCCARTHY
UNITED STATES MAGISTRATE JUDGE